JOHN A. NEUBAUER, Respondent, v. THE NASSAU ELECTRIC RAILROAD

COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.